### DURING THE YEAR 1905.

### Leander C. Matthews v. Wyatt W. Williams.

1. REVERSAL—*appellee's failure to file briefs ground for.* The failure of the appellee to file briefs as required by rule of court is ground for a *pro forma* reversal. ·

Action of trespass. Appeal from the Circuit Court of Marion County; the Hon. TRUMAN E. AMES, Judge, presiding. Heard in this court at the February term, 1905. Reversed and remanded. Opinion filed September 8, 1905.

L. M. KAGY and G. H. HOLT, for appellant.

No appearance for appellee.

PER CURIAM. It appearing from an examination of the files that a copy of the record in this case was filed with the clerk February 27, 1905, within the time prescribed by the statute, and that copies of the abstract and appellant's brief were filed on the same day, in compliance with the second clause of Rule 27, Rules and Practice of this court, and that copies of said abstract and briefs were furnished the appellee · as required by Rule 23, and appellee having failed to file briefs within ten days, as required by the second clause of Rule 27, the judgment of the Circuit Court will be reversed under Rule 29, and the cause remanded for a new trial.

*Reversed and remanded.*